Dismissed and Memorandum Opinion filed March 14, 2005









Dismissed and Memorandum Opinion filed March 14, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01353-CV

____________

 

IN RE OLIN CORPORATION, Relator

 

 

 



 

ORIGINAL PROCEEDING

WRIT OF MANDAMUS 


 



 

M E M O R A N D U M   O P I N I O N

This is a petition for writ of mandamus involving a discovery
dispute between Olin Corporation, relator, and the
Port of Houston Authority, the real party in interest. 

On March 9, 2005, the parties filed a joint motion to dismiss
the petition for writ of mandamus because the case has been settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the petition for writ of mandamus is ordered
dismissed.

PER
CURIAM

Judgment rendered and Memorandum
Opinion filed March 14, 2005.

Panel consists of Justices
Edelman, Frost, and Guzman.